# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CARSON VANCE MAHON,** | : |
| **Plaintiff,** | : |
| vs. | :  CIVIL ACTION  12-0658-KD-C |
| **CYNTHIA WHITE, et al.,** | : |
| **Defendant(s).** | : |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated June 18, 2013, is **ADOPTED** as the opinion of this Court.

DONE this 11th day of July 2013.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE